### Arthur Wynne v. The State.

No. 3257.   Decided October 21, 1914.

**Theft of Cattle—Sufficiency of the Evidence—Charge of Court.**

Where, upon trial of theft of cattle, the evidence was sufficient to sustain a conviction, and there were no objections to the court's charge except in the motion for new trial, there was no reversible error.

Appeal from the District Court of Walker.   Tried below before the Hon. S. W. Dean.

Appeal from a conviction of theft of cattle; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

C. E. Lane, Assistant Attorney General, for the State.

PRENDERGAST, PRESIDING JUDGE.—Appellant was convicted of the theft of cattle and the lowest punishment assessed.

The court gave a correct and apt charge to the jury. There is no bill of exceptions in the record. The only assignments in the motion for new trial are: First, the verdict was contrary to the law and evidence. We have carefully read the evidence and it is amply sufficient to sustain the conviction. Second, he attempts to complain of certain paragraphs of the court's charge. No objection whatever is shown to have been made to the charge at the proper time. The only complaint is made in the motion for new trial. Therefore, this complaint can not be considered.

The judgment is, therefore, affirmed.

*Affirmed.*